TELÉSFORO SANABRIA, recurrente, *v.* EL REGISTRADOR de la
PROPIEDAD de SAN GERMÁN, recurrido.

No. 712.—*Sometido:* Marzo 1, 1928. *Resuelto:* Marzo 16, 1928.

1. HIPOTECAS—REGISTRO E INSCRIPCIÓN—FINCAS AFECTADAS POR LA HIPOTECA—
DISTRIBUCIÓN DE RESPONSABILIDAD—DISTRIBUCIÓN HECHA POR SÓLO EL DEU-
DOR Y EFECTO.—Cuando existe una sola hipoteca y varias fincas afectadas
por ella, la omisión del acreedor de aceptar en forma legal la escritura de
hipoteca—cuando él no comparece en ella—constituye un defecto subsanable
del título.

2. HIPOTECAS—REQUISITOS Y VALIDEZ—FORMA Y CONTENIDO DE LA ESCRITURA DE
HIPOTECA—HIPOTECA DE VARIAS FINCAS PARA GARANTIZAR UN CRÉDITO—DIS-
TRIBUCIÓN DE RESPONSABILIDAD ENTRE LAS FINCAS—POR SÓLO EL DEUDOR Y
EFECTO.—Cuando una persona constituye hipoteca sobre varias fincas y dis-
tribuye la responsabilidad entre éstas sin haber intervenido el acreedor hipo-
tecario como parte en la escritura, es indispensable la aceptación formal de
ésta por el acreedor.

NOTA de *Luis Capó Matres,* R. (San Germán), denegando inscripción
de un contrato de hipoteca. *Confirmada.*

*R. A. Saliva,* abogado del recurrente; el registrador recurrido com-
pareció por escrito.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tri-
bunal.

Telésforo Sanabria, dueño de dos fincas rústicas en Ma-
yagüez y San Germán, constituyó sobre esas fincas hipoteca
voluntaria, para responder a Juan Mari Ramos de un prés-
tamo de 435 dólares, con interés al uno por ciento mensual,
y además por cien dólares para costas, en caso de ejecución
judicial. Esta hipoteca se constituyó por escritura pública
otorgada en Mayagüez a 31 de diciembre de 1927. En esa
escritura no compareció el acreedor Juan Mari Ramos, y en
cuanto al préstamo no hay consignado nada que no sea la
manifestación de Telésforo Sanabria; lo mismo ocurre en
cuanto a la distribución de responsabilidad hipotecaria en-
tre las fincas.

Presentada al registro la primera copia de dicha escri-
tura, el Registrador de la Propiedad de San Germán en su
nota declaró el defecto subsanable de no haberse aceptado
en forma legal la escritura, siendo indispensable la acepta-

ción cuando se trata de varias fincas, y se distribuye entre ellas la responsabilidad hipotecaria. Contra esta nota se ha presentado el recurso gubernativo que resolvemos.

[1, 2] El artículo 119 de la Ley Hipotecaria es claro y concreto. Por él se ordena que, cuando se hipotequen dos o más fincas a la vez por un solo crédito se determine la parte de gravamen que a cada una corresponde. Esta es la regla, con la única excepción de que habla la enmienda que, por adición, se hizo a dicho artículo en ley de 1923, o sea el caso de que esas hipotecas se constituyan en garantía de préstamo para fines agrícolas, y amortizable por pagos a plazos anuales: éste no es el caso de la escritura de que se trata.

El artículo 164 del Reglamento para la ejecución de la Ley Hipotecaria ordena a los registradores no inscribir ninguna hipoteca sobre bienes diferentes afectos a una misma obligación sin que por convenio entre las partes, o por orden judicial, se determine previamente la cantidad de que cada finca debe responder.

En este caso hay una sola obligación y varias fincas afectadas por la hipoteca; no aparece convenio previo entre las partes en cuanto a la determinación de la responsabilidad de cada finca; y el registrador no puede hacer la inscripción, si ha de seguir, como debe hacerlo, lo mandado por el artículo 164 del Reglamento.

La nota del Registrador de la Propiedad de San Germán, a que se refiere el presente recurso, *debe ser confirmada.*